UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY GREER PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 22-cv-06560-JSC<br><br>**REMAND ORDER**<br><br>Re: Dkt. No. 12 |

Plaintiff filed suit in the San Francisco Superior Court against the City of San Francisco and several other entities and individuals alleging negligence, concealment, and other tort claims arising out of the investigation of a 2010 sexual assault. The City removed the action to federal district court based on federal question jurisdiction. (Dkt. No. 1 at 2 (citing Complaint at ¶ 34).) The City then moved to dismiss the complaint for failure to state a claim and Plaintiff moved to remand. (Dkt. Nos. 6, 12.)  It was unclear based on review of Plaintiff's motion for remand and Complaint if she was pleading a claim under federal law and the Court ordered Plaintiff to so clarify.  (Dkt. No. 19.)  Plaintiff has since filed a written submission indicating she is not bringing a claim for violation of her Fourteenth Amendment rights or any other federal claim in this action. (Dkt. No. 21.)  Because the sole basis for removal was federal question jurisdiction (Dkt. No. 1 at 2), and with Plaintiff's clarification there is no basis for federal jurisdiction, the Court GRANTS Plaintiff's motion for remand and REMANDS this action to Superior Court for San Francisco County.

**IT IS SO ORDERED.**

Dated: January 9, 2023

JACQUELINE SCOTT CORLEY
United States District Judge